Navid Yadegar (State Bar # 205315)
Navid Soleymani (State Bar # 219190)
Ani Mazmanyan (State Bar #298934)
YADEGAR, MINOOFAR & SOLEYMANI LLP
1875 Century Park East
Suite 1240
Los Angeles, CA 90067
Telephone: (310) 499-0140
Facsimile: (888) 667-9576

Attorneys for Plaintiff,
*Attorneys for Anahit Etemadi*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAHIT ETEMADI,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN FASHION WEEK, LLC, a California limited liability company; EDUARDO KHAWAM, an individual; JULIE DANFORTH, an individual; DOES 1-25, INCLUSIVE,<br><br>Defendants. | Case No.: 2:17-cv-01549-PA (GJSx)<br><br>[Hon. Percy Anderson]<br><br>[~~PROPOSED~~] ORDER TO DISMISS THE ENTIRETY OF THE ACTION WITH PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT |

1

Upon consideration of the Parties' Stipulation, and good cause appearing, this case is DISMISSED WITH PREJUDICE in its entirety against all defendants and cross-defendants. ~~At the parties' request, the Court shall retain jurisdiction to enforce the parties' settlement agreement.~~

DATED: October 30, 2017

_____
Honorable Percy Anderson
United States District Court